IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF MERCER UNIVERSITY, d/b/a MERCER UNIVERSITY,<br><br>Defendant. | Civil Action No.:<br>3:23-cv-00087-TCB |

## ORDER

Considering Defendant the Corporation of Mercer University, d/b/a Mercer University's ("Mercer") Consent Motion to Stay Proceedings or, in the alternative, Motion to Extend, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court stays these proceedings until and including 21 days after the Court rules on the Unopposed Motion to Transfer.

**IT IS SO ORDERED.**

Dated: August 8, 2023.

_____
Honorable Timothy C. Batten
Sr., Chief United Stated District Judge